U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 2 3 2024

TONY R. MOORE, CLERK
BY: _____ MB
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| EULA CLARK | : | CASE NO. 1:22-cv-04378 |
| VERSUS | : | JUDGE DEE D. DRELL |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. #33], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED** that the defendant's motion to dismiss [doc. 26] is **GRANTED**. The Report and Recommendation [doc. #33] is **ADOPTED** and this matter is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to amend [doc. 22] is **DENIED AS MOOT**.

THUS DONE AND SIGNED in Chambers this 23rd day of January 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT